IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03008–REB–KMT

REBECCA FRANCOEUR,

    Plaintiff,

v.

MERCK AND CO., INC, (aka Merck and Co., Inc Sharpe & Dohme Incorporated), and OMNICARE PHARMACY OF COLORADO LLC (dba and/or aka Omnicare),

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion for Clarification of the Scheduling Order" (Doc. No. 45, filed Nov. 7, 2012) is GRANTED in part. The court clarifies the Amended Minute Order issued November 5, 2012 (Doc. No. 44), in a manner consistent with the deadlines established in the Scheduling Order at Section 9.d.3 and 5 (Doc. No. 16), as follows:

    –Plaintiff shall designate all experts and provide opposing counsel and any *pro se* parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 7, 2013.**

    –Defendant shall designate all experts and provide opposing counsel and any *pro se* parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 14, 2013.**

To the extent that the parties seek to establish additional deadlines not previously featured in the Scheduling Order, they must file an appropriate motion demonstrating good cause for such deadlines.

Dated: November 8, 2012