**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Case No. 11-cv-03008-RM-KMT

REBECCA FRANCOEUR,

    Plaintiff,

v.

MERCK AND CO., INC., (aka Merck and Co., Inc. Sharp & Dohme Incorporated), and
OMNICARE PHARMACY OF COLORADO LLC (dba and/or aka Omnicare),

    Defendants.

_____

**ORDER SETTING HEARING**
_____

This matter comes before the Court on Defendant Merck & Co., Inc.'s Motion to Exclude George Pecoraro (ECF No. 54), Motion to Exclude Yolanda Anderson (ECF No. 55), and Motion to Exclude Certain Opinions of Mark McNulty (ECF No. 56) (collectively, the "Motions"). The Court has reviewed the Motions and the docket, and hereby ORDERS:

1. A *Daubert* hearing will be held to address the Motions on **Friday, October 11, 2013 at 9:00 a.m.**, in the United States District Court for the District of Colorado, Courtroom A601, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO.

2. Courtesy copies of exhibits and witness lists will be delivered to Chambers by noon on Thursday, October 10, 2013.

DATED: October 3, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge