IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Raymond P. Moore

Civil Case No.  11-cv-03008-RM-KMT

REBECCA FRANCOEUR,

    Plaintiff,

v.

MERCK AND CO., INC. (aka Merck & Co., Inc. Sharp & Dohme Incorporated), and OMNICARE PHARMACY OF COLORADO LLC (dba and/or aka Omnicare),

    Defendants.

## ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation of Dismissal With Prejudice (ECF No. 86) and being fully advised, hereby ORDERS as follows:

1. The above-captioned matter is DISMISSED WITH PREJUDICE;

2. All foregoing dates and deadlines, including the trial scheduled to commence on October 28, 2013, are hereby VACATED; and

3. Each party shall bear her or its own costs and attorneys' fees.

DATED this 23rd day of October, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge